JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICARDO QUEL, | ) Case No. 2:19-cv-06782-RGK (JDE) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| WILLIAM SULLIVAN, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: January 14, 2020

_____
R. GARY KLAUSNER
United States District Judge